# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH LEETH, | Case No. 3:21-cv-00132 |
| Plaintiff, | District Judge Michael J. Newman |
| v. | |
| DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS, | |
| Defendant. | |

## ORDER: GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on the Motion of Defendant for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint.  The current deadline is August 20, 2021.  For good cause shown, and without opposition from Plaintiff, the Motion seeking an additional 10 days is **GRANTED**.  Defendant shall therefore file his answer, motion, or any other papers responsive to the Complaint (ECF No. 1) on or before August 30, 2021.

**IT IS SO ORDERED.**

Date:  08/17/2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge