# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH LEETH, <br><br> Plaintiff, <br><br> v. <br><br> SECRETARY OF VETERANS AFFAIRS, <br><br> Defendant. | Case No. Case No. 3:21-cv-132 <br><br> District Judge Michael J. Newman <br><br> Magistrate Judge Peter B. Silvain, Jr. |

## AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the undersigned **GRANTS** the Parties' Joint Motion to Continue Discovery Cutoff and Related Deadlines (ECF No. 15), for good cause shown, and **RESETS** the below deadlines as follows:

1. Final Discovery Conference with Judge Silvain[1]   **3/1/2023 at 10:00 a.m.**

2. Cut-off for Discovery:   **3/10/2023**

3. Cut-off date for filing motions for summary judgment:   **4/14/2023**

**IT IS SO ORDERED.**

October 26, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] TELECONFERENCE INSTRUCTIONS:  Please call 888-363-4735.  The access code is 6287286.  The security code is 123456.  If you have any questions, please call Chambers at 937-512-1620.