IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH LEETH,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>Defendant. | Case No. Case No. 3:21-cv-132<br><br>District Judge Michael J. Newman<br><br>Magistrate Judge Peter B. Silvain, Jr. |

## ORDER

This matter came before the Court on May 25, 2023 for a teleconference on the status of discovery. On the call, the undersigned discussed several discovery issues with the parties, and Plaintiff's counsel conceded that Plaintiff would not seek recovery for any psychological or medical damages. Further, the parties indicated that they were still awaiting outstanding discovery and anticipated that it would be produced in June, thus necessitating an extension of the discovery and dispositive motion deadlines. For good cause shown, the parties' request for these extensions is **GRANTED**. During this time, however, the parties are only permitted to complete outstanding discovery. Additionally, the parties are **ORDERED** to file a status report at the end of discovery that confirms discovery is complete. Accordingly, the scheduling order is hereby amended as follows:

1. Status Report Confirming End of Discovery:        **June 26, 2023**

2. Cut-off for Discovery:        **June 27, 2023**

3. Cut-off date for filing motions for summary judgment:        **July 21, 2023**

**IT IS SO ORDERED.**

May 26, 2023

s/Peter B. Silvain, Jr.
Peter B. Silvain, Jr.
United States Magistrate Judge